```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

MICHAEL SOMERVILLE,            )
on behalf of himself and       )
others similarly situated,     )
                               )
                               )
    Plaintiff,                 )
                               )
v.                             )
                               )   No. 09-cv-2507-JPM-cgc
AMERICAN CLOSEOUT WHOLESALE,   )
LLC, PLANTANTION HOME OUTLET,  )
LLC, and MIKE KENT,            )
                               )
                               )
    Defendants.                )
                               )
_____

                         **JUDGMENT**
_____

**JUDGMENT BY COURT**. The Plaintiff having voluntarily dismissed this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before any of the Defendants filed either an answer or motion for summary judgment,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (Docket Entry ("D.E.") 11), filed March 5, 2010, this case is DISMISSED WITH PREJUDICE.

APPROVED:

/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

March 5, 2010
Date

1